[No. 23250-9-I. Division One. August 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMIE E. EVERT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 55831R030, Steven Gish, J. Pro Tem., entered October 7, 1988. *Reversed* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 23629-6-I. Division One. August 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW A. HARVEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-1-00396-6, Marshall Forrest, J., entered December 29, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Pekelis, J.

[No. 24014-5-I. Division One. August 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD D. SEIFERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03715-5, John M. Darrah, J., entered April 3, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Webster and Forrest, JJ.